UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARLON BORDELON, SR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **11-2056** |
| **CITY OF GRETNA, ET AL.** | **SECTION I** |

### ORDER OF DISMISSAL

The Court previously dismissed[1] the federal claims by Marlon Bordelon, Sr. against all defendants and the federal claims by Marlon Bordelon, Jr. against the City of Gretna and Gretna Chief of Police Arthur Lawson. The Court has been advised by counsel for the parties that all of the parties to the above-captioned action have agreed to proceed only with the state-law claims in state court. Provided plaintiffs file their claims in the 24th Judicial District Court for the Parish of Jefferson within 60 days from entry of this Order, defendants have agreed to refrain from asserting any exception of prescription to the filing of the state-law claims. Accordingly, with the agreement of the parties,

**IT IS ORDERED** that all remaining federal claims **ARE DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all state claims **ARE DISMISSED WITHOUT PREJUDICE**, to be filed in state court within 60 days.

New Orleans, Louisiana, September 20, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 20.